

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Siobhan Clarke, on behalf of herself and all others similarly situated,<br><br>                                                    **Plaintiff,**<br>V.<br><br>Insight Global, Inc., a Delaware corporation; and DOES 1 through 50, inclusive<br><br>                                                    **Defendant.** | Civil Action No.   13-CV-0357-H (BLM)<br><br><br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

for settlement purposes, a class comprising individuals who (i) were hired into the position of recruiter in California by Defendant during the period beginning 9/21/2008 through 2/2/2012 and who have not signed Separation Agreements containing releases of claims against Defendant or (ii) were hired into the position of recruiter in California by Defendant during the period beginning 1/24/2011 through 2/2/2012 and signed Separation Agreements containing a release of claims against Defendant; or, the following individuals who signed declarations in support of Plaintiff's claims, regardless of whether these individuals fall into categories (i) or (ii) above: Evan Youngstrom, Justin Brancaccio, Daniel Quinn, Ryan Connell, Nicole LeBlanc, Conor Coleman, Alexander Hare, and Matthew Churchill. (2) Finally approves the parties' settlement agreement. (3) Appoints Plaintiff Siobhan Clarke as class representative. (4) Appoints David Spivak of the Spivak Law Firm and Walter Haines of the United Employees Law Group as class counsel. (5) Approves attorney's fees for class counsel in the amount of $150,000 and approves expenses for class counsel in the amount of $33,701.33. (6) Approves the incentive award of $15,000 for Plaintiff Siobhan Clarke. (7) Approves an award of $2,500 in civil penalties under the California Private Attorneys General Act, of which $1,875 will be paid to the Labor and Workforce Development Agency and $625 of which will be included in the settlement pool. (8) Approves the settlement administration costs of $7,219 for Dahl Administration.

**Date:**            1/6/15

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  A. Garcia
                                                                A. Garcia, Deputy